IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID E. MOSLEY,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 20-0216-CG-MU ) |
| **MONICA MCCOY, et al.** | ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of July, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE